# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2113

Aleksei Morozov

Appellee

v.

Warden, Lawrence County Jail

Field Office Director, U.S. Immigration and Customs Enforcement and United States Attorney, for the District of South Dakota

Appellants

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:26-cv-05030-RAL)

---

**ORDER**

Attorney James D. Leach is hereby appointed to represent appellee in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

June 08, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler