# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-2113

Aleksei Morozov

Appellee

v.

Warden, Lawrence County Jail

Field Office Director, U.S. Immigration and Customs Enforcement and United States Attorney, for the District of South Dakota

Appellants

_____

Appeal from U.S. District Court for the District of South Dakota - Western
(5:26-cv-05030-RAL)

_____

**ORDER**

The Government's motion to expedite briefing and oral argument is denied.


July 02, 2026



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler